# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| YRC, INC., formerly known as YELLOW TRANSPORTATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCE LOGISTIC, INC. d/b/a ALLIANCE 3PL CORP., an Illinois Corporation and JACQUES GOURMET, INC., d/b/a MISS MERINGUE, a California Corporation<br><br>Defendants. | Case No. 10 CV 3865 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441(a) and 1446, Defendant Jacques Gourmet, Inc. ("Jacques"), hereby removes to the United States District Court for the Northern District of Illinois, the above-captioned lawsuit, originally filed as Case No. 10 L 252 in the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois.

### Jurisdiction and Venue

1.  This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332 because this action is between citizens of different states and the amount in controversy is more than $75,000, exclusive of interest and costs.

2.  This Court is in the judicial district and division encompassing the place where the state court case was brought and is pending. Thus, this is the proper Court to which the case should be removed pursuant to 28 U.S.C. §§ 1441(a) and 1446.

The Action

3. On or about May 10, 2010, Plaintiff, YRC, Inc., formerly known as Yellow Transportation, Inc. ("YRC"), filed a lawsuit against Alliance Logistics, Inc. d/b/a Alliance 3PL Corp. ("Alliance") and Jacques claim that they failed to pay for services YRC allegedly provided to them.

4. Jacques received a copy of the complaint and summons on May 21, 2010, copies of which are attached hereto as Exhibit A, and which constitute true and correct copies of all process, pleadings and orders received by Jacques in this action.

5. Notice of Removal is timely because it is being filed before the expiration of the deadline set forth in 28 U.S.C. § 1446(b), which requires that a notice of removal be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based.

6. A copy of this Notice of Removal is being filed in the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois, and served on Plaintiff's counsel, and is attached as Exhibit B hereto.

7. Jacques is appearing solely for the purpose of filing this Notice of Removal and reserves all rights without wavier of any defenses.

Basis for Removal

8. Pursuant to 28 U.S.C. § 1332, the controversy is between citizens of different states.

9. Plaintiff YRC is a Delaware corporation with its principal place of business in Overland Park, Kansas.  (See Exhibit A Complaint and Exhibit B attached thereto)

10. Defendant Alliance is an Illinois corporation with its principal place of business in Woodridge, Illinois. Alliance filed a bankruptcy petition in the United States Bankruptcy Court for the Northern District of Illinois, under Case No. 10-23009.

11. Defendant Jacques Gourmet, Inc. is a California corporation with its principal place of business in San Marcos, California.

12. Additionally, the amount in controversy exceeds $75,000 since Plaintiff YRC alleges that Alliance and Jacques owe it $91,945.86 for services rendered, plus a surcharge in the amount of $32,181.05 for their purported failure to pay for services rendered. (See Exhibit A Complaint ¶¶ 3-4 and Exhibit B attached thereto)

WHEREFORE, Jacques hereby removes this action from the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois, to the United States District Court for the Northern District of Illinois.

Dated: June 21, 2010

Respectfully submitted,

/s/ Jamal S. Muhammad
John N. Scholnick
Jamal S. Muhammad
SCHIFF HARDIN LLP
233 S. Wacker Dr., Suite 6600
Chicago, Illinois 60606

*Attorneys for Jacques Gourmet, Inc.*

- 4 -

## **CERTIFICATE OF SERVICE**

Jamal S. Muhammad, an attorney, hereby certifies that on June 21, 2010, he filed the foregoing document using the Court's ECF system and caused a copy of the same to be mailed, first class postage prepaid to:

| | |
|---|---|
| Parker F. McMahan, Jr.<br>McMahan & Sigunick, Ltd.<br>412 S. Wells Street, 6th Floor<br>Chicago, Illinois 60607 | Alliance Logistics, Inc.,<br>c/o Incorp Services, Inc. (Agent)<br>2501 Chatham Road, Suite 110<br>Springfield, Illinois 62704 |

    /s/ Jamal S. Muhammad
    Jamal S. Muhammad