STATE OF ILLINOIS)
)SS
COUNTY OF WILL )

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

YRC, INC., formerly known as
YELLOW TRANSPORTATION, INC.,
VS
ALLIANCE LOGISTICS, INC., d/b/a ALLIANCE
3PL CORP., an Illinois Corporation and JACQUES
GOURMET, INC., d/b/a MISS MERINGUE, a
California Corporation,

CASE NO: 10 L 252

SERVE:
Roland D'Abel De Libran
RA of Jacques Gourment, Inc.
d/b/a Miss Meringue
1709 La Costa Meadows Drive
San Marcos, CA 92078

**ALIAS SUMMONS**

To each defendant:

You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court __Will County Court Annex__ Building, Room_____, __57 N. Ottawa, Joliet, IL 60432__, Illinois within 30 days after service
(Address)            (City)                                                              of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGEMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned to endorsed.

This summons may not be served later than 30 days after its date.

WITNESS: **MAY 1 0 2010**, 20____

PAMELA J. McGUIRE

(Seal of Court)

PAMELA J. McGUIRE
Clerk of the Circuit Court
BY:_____
(Deputy)

(Plaintiff's Attorney or Plaintiff if he is not represented by an Attorney)
NAME: __McMahan & Sigunick, Ltd.__
ARDC# __01858122__
Attorney for: __Plaintiff__
Address: __412 S. Wells St., 6th Floor__
City: __Chicago, IL 60607__
Telephone: __312-913-1174 / Fax 312-913-1350__
File # 09080130 / tm


DEFENDANT'S EXHIBIT A

IN THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| | |
|---|---|
| YRC, INC., formerly known as YELLOW TRANSPORTATION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIANCE LOGISTICS, INC. d/b/a ALLIANCE 3PL CORP., an Illinois Corporation and JACQUES GOURMET, INC., d/b/a MISS MERINGUE, a California Corporation,<br><br>Defendants. | NO. 10L 252<br><br>Amount Claimed: $124,126.91 |

## COMPLAINT

Now comes Plaintiff, YRC, INC., formerly known as YELLOW TRANSPORTATION, INC., by and through its attorneys, McMahan & Sigunick, Ltd., and complaining against the Defendants, ALLIANCE LOGISTICS, INC. d/b/a ALLIANCE 3PL CORP., an Illinois Corporation and JACQUES GOURMET, INC., d/b/a MISS MERINGUE, a California Corporation, states as follows:

1. That Plaintiff sold certain services to the Defendants at the Defendants' special instance and request.

2. That said services were performed by Plaintiff as requested by Defendants.

3. That Defendants are indebted to the Plaintiff in the amount of $91,945.86, said sum representing the amount due for services sold to the Defendant by the Plaintiff.

4. That Defendants failed to pay the shipping invoices and pursuant to paragraph 4 of Plaintiff's Exhibit "A", Defendants are additionally indebted to Plaintiff for 35% of the principal amount due and owing ($32,181.05).

5. Defendants are thereby indebted to Plaintiff in the total sum of $124,126.91, as is more particularly set forth in Plaintiff's Group Exhibit "B" attached hereto and made a part hereof.

6. That although often requested to do so, Defendants have failed, neglected and refused to pay said sum to Plaintiff.

Initial case management set for
7-19-10 at: 9 (am)/ pm
Will County Court Annex

WHEREFORE, Plaintiff prays that judgment be entered against the Defendants, ALLIANCE LOGISTICS, INC. d/b/a ALLIANCE 3PL CORP., an Illinois Corporation and JACQUES GOURMET, INC., d/b/a MISS MERINGUE, a California Corporation, in the amount of $124,126.91, together with all costs.

APR 2010 22 35
SAN DIEGO COUNTY
CIVIL OFFICE

                      YRC, INC., formerly known as
                      YELLOW TRANSPORTATION, INC.

By:_____
           One of its attorneys

**THIS PLEADING PREPARED BY THE UNDERSIGNED AND EXECUTED IN ACCORDANCE WITH SUPREME COURT RULE 137.**

_____
   Attorney at Law

STATE OF ILLINOIS  )
                        ) SS:
COUNTY OF COOK  )

    I, Parker F. McMahan, Jr., on oath, state that I am the attorney for Plaintiff in the above entitled action. The allegations in this Complaint are true on information and belief.

_____

Signed and sworn to before me by
Parker F. McMahan, Jr., on
March 24, 2010

_____
   Notary Public

McMahan & Sigunick, Ltd.
Attorneys for Plaintiff
412 S. Wells St. - 6th Floor
Chicago, IL 60607
312/913-1174
Attorney #01858122
Our File #09080130



EXHIBIT A

## Item 720, Payment of Charges

**Credit Policy**

1. Payment of shipping charges.

    a. Shipping charges must be paid within 15 calendar days (including holidays) after the invoice date unless credit beyond these terms has been extended. The conditions of credit review and extension are outlined in section 2.

    b. Failure to pay shipping charges within the credit terms will cause Yellow to suspend or cancel an account's credit and make that account subject to the cash only provisions outlined in C of section 1, or the failure to pay provisions outlined in section 3.

    c. Payment as a condition of pickup or delivery will be required from accounts without approved credit or from accounts which have not previously paid within credit terms. An exception to this rule will be allowed at the discretion of Yellow after a review of an account's credit worthiness. The conditions of credit review and extension are outlined in section 2.

    d. Checks received for payment that are returned by the bank because of insufficient funds will be assessed a fee of $50.00 and placed with a collection agency subject to the provisions of paragraph 3.

    e. Pending or unfiled claims against Yellow for loss, damage or overcharge dollar amounts may not be deducted from shipping charges billed to the claimant (the party who filed or will file the claim or claims).

    f. Unpaid shipping charges are subject to civil suit.

2. Credit review and extensions.

    Extension of credit beyond the terms and conditions outlined in section 1 is a privilege offered by Yellow to qualified accounts. Accounts which desire credit and/or a credit extension must submit a credit application to the Yellow Credit Department. Credit applications can be obtained through Account Executives, the Customer
    Service Center, the Credit Department or the Yellow on-line service center at www.myyellow.com.

    a. Qualification for credit and/or credit extension will be based on an account's credit history, payment practices, and financial strength. Accounts must be able to demonstrate their credit worthiness to the satisfaction of Yellow.

3. Charge for failure to pay shipping bills.

    **Shipping bills that are not paid before Yellow contracts the services of a collection agency, attorney or other authorized agent will be subject to a charge of 35 percent of the unpaid portion of the shipping bills.**

    a. Yellow will provide written notification of the intent to assign unpaid shipping bills to an outside agency, attorney or authorized agent. This notification will include a summary of the unpaid balance and the applicable fee.

    b. The fee will be assessed 10 calendar days after the written notification.

    c. Unpaid shipping bills are subject to civil suit in the State Courts of the state of Kansas, county of Johnson.

Miss Meringue
RMS

STATE OF __Ohio__

COUNTY OF __Summit__

MR 7810 23 35

## AFFIDAVIT

I hereby certify and affirm that I am the __Supervisor Outsourced~~ Receivable Management~~__ of
(Title)

__YRC, Inc., formerly known as Yellow Transportation, Inc.__
(Full name of corporation)

a corporation organized and existing under the laws of the State of __Delaware__

and doing business at __Overland Park, KS__.

I further state that the claim and cause of action of the aforesaid corporation against Alliance Logistics, Inc. d/b/a Alliance 3PL Corp., an Illinois Corporation and Jacques Gourmet, Inc. d/b/a Miss Meringue, a California Corporation is in the principal sum of $ __124,126.91__ .

I further certify that I am duly qualified, competent to testify to the facts stated herein, and authorized to make this affidavit. I further state that the facts and records of this account are maintained under my supervision, and that the amount of the claim is just and true to the best of my personal knowledge, and that all just and lawful offsets, payments and credits have been allowed. The amount prayed for in Plaintiff's Complaint shall/~~shall not~~ exceed $50,000.00, pursuant to Illinois Supreme Court Rule 222.
(strike one)

This affidavit executed this __3rd__ day of __March__, 20__10__.

_Ron Hayes_
Signature

__Ron Hayes__
Name Printed

Signed and sworn to before me
by _Ron Hayes_
this __3rd__ day of __March__, 20__10__.

_Debi R. Gooden_
Notary Public

DEBI R. GOODEN, Notary Public
Residence - Summit County
State Wide Jurisdiction, Ohio
My Commission Expires Nov. 23, 2012

[Court Exhibit B stamp]
[Notarial Seal - State of Ohio]

**Miss Meringue**  CMF # 277010101
**Statement of Account as of 08-06-09**

| BILL NUMBER | BILL DATE | CHARGE AMT | PAID AMT | AMT DUE | PPD COL | SVC TYPE | PO |
|---|---|---|---|---|---|---|---|
| 093-001215 | 05/12/08 | 274.24 | 0.00 | 274.24 | P | SG | 11844203 |
| 093-001216 | 05/12/08 | 155.62 | 0.00 | 155.62 | P | SG | 9844203 |
| 340-461651 | 05/19/08 | 408.04 | 0.00 | 408.04 | P | SG | 30908 |
| 093-009038 | 05/20/08 | 492.26 | 0.00 | 492.26 | P | SG | 44247 |
| 340-462445 | 05/20/08 | 362.27 | 0.00 | 362.27 | P | SG | 38950 |
| 066-483005 | 05/21/08 | 301.18 | 0.00 | 301.18 | P | SG | 27126648 |
| 066-483006 | 05/21/08 | 803.61 | 119.96 | 683.65 | P | SG | 19343386 |
| 066-483007 | 05/21/08 | 297.40 | 0.00 | 297.40 | P | SG | 5624000 |
| 093-620644 | 05/27/08 | 261.88 | 0.00 | 261.88 | P | SG | 8849958 |
| 093-620645 | 05/27/08 | 315.60 | 0.00 | 315.60 | P | SG | 3849958 |
| 093-620646 | 05/27/08 | 249.18 | 0.00 | 249.18 | P | SG | 11849958 |
| 340-461948 | 05/27/08 | 244.01 | 104.25 | 139.76 | P | SG | 0-20080521 |
| 066-483017 | 05/28/08 | 274.86 | 0.00 | 274.86 | P | SG | 27235848 |
| 093-008884 | 05/28/08 | 154.51 | 0.00 | 154.51 | P | SG | 10849958 |
| 093-008885 | 05/28/08 | 108.48 | 0.00 | 108.48 | P | SG | 12849958 |
| 093-008886 | 05/28/08 | 108.48 | 0.00 | 108.48 | P | SG | 6849958 |
| 066-479477 | 05/30/08 | 332.05 | 0.00 | 332.05 | P | SG | 43247 |
| 066-479479 | 05/30/08 | 345.54 | 0.00 | 345.54 | P | SG | 27188948 |
| 066-479480 | 05/30/08 | 108.48 | 0.00 | 108.48 | P | SG | 824358 |
| 066-479481 | 05/30/08 | 188.59 | 0.00 | 188.59 | P | SG | 179689 |
| 093-008892 | 05/30/08 | 138.48 | 0.00 | 138.48 | P | SG | 960-0520-890 |
| 340-402282 | 06/02/08 | 267.87 | 0.00 | 267.87 | P | SG | P87694 |
| 093-655593 | 06/03/08 | 197.69 | 0.00 | 197.69 | P | SG | 10852255 |
| 093-655594 | 06/03/08 | 192.24 | 0.00 | 192.24 | P | SG | 3852255 |
| 093-655547 | 06/04/08 | 308.70 | 0.00 | 308.70 | P | SG | 42423 |
| 340-146237 | 06/04/08 | 468.17 | 0.00 | 468.17 | P | SG | 41014 |
| 340-462654 | 06/05/08 | 330.96 | 0.00 | 330.96 | P | SG | 0-20080602 |
| 340-462655 | 06/05/08 | 122.99 | 0.00 | 122.99 | P | SG | 200805290210 |
| 093-005093 | 06/10/08 | 287.09 | 0.00 | 287.09 | P | SG | 5106-22 |
| 093-648187 | 06/11/08 | 591.63 | 0.00 | 591.63 | P | SG | 448702 |
| 340-406928 | 06/12/08 | 230.03 | 0.00 | 230.03 | P | SG | 31921 |
| 340-460137 | 06/17/08 | 289.37 | 0.00 | 289.37 | P | SG | P87936 |
| 340-460138 | 06/17/08 | 389.81 | 0.00 | 389.81 | P | SG | 80603 |
| 340-460139 | 06/17/08 | 225.32 | 0.00 | 225.32 | P | SG | BILL MAYER |
| 093-005601 | 06/18/08 | 166.34 | 0.00 | 166.34 | P | SG | 6857246 |
| 093-005602 | 06/18/08 | 182.81 | 0.00 | 182.81 | P | SG | 8857246 |
| 093-005603 | 06/18/08 | 252.85 | 0.00 | 252.85 | P | SG | 11857246 |
| 093-005604 | 06/18/08 | 254.83 | 0.00 | 254.83 | P | SG | 4857246 |
| 093-005605 | 06/18/08 | 270.47 | 0.00 | 270.47 | P | SG | 3857246 |
| 340-406782 | 06/18/08 | 260.79 | 0.00 | 260.79 | P | SG | 201466 |
| 093-005378 | 06/20/08 | 160.90 | 0.00 | 160.90 | P | SG | 960-0513-464 |
| 066-482403 | 06/23/08 | 176.77 | 0.00 | 176.77 | P | SG | 15462702-01 |
| 066-482408 | 06/23/08 | 380.05 | 0.00 | 380.05 | P | SG | 27407648 |
| 340-489484 | 06/24/08 | 838.50 | 0.00 | 838.50 | P | SG | 13944 |
| 340-492173 | 06/26/08 | 254.62 | 0.00 | 254.62 | P | SG | 4432 |
| 066-482645 | 06/27/08 | 330.12 | 0.00 | 330.12 | P | SG | 51465 |
| 340-394492 | 06/30/08 | 244.34 | 0.00 | 244.34 | P | SG | P88143 |
| 066-482499 | 07/01/08 | 118.46 | 0.00 | 118.46 | P | SG | 2717 |
| 066-482647 | 07/01/08 | 216.82 | 0.00 | 216.82 | P | SG | 330167-01 |
| 340-394495 | 07/01/08 | 319.59 | 0.00 | 319.59 | P | SG | 19625191 |

Miss Meringue                                 CMF # 277010101
Statement of Account as of 08-06-09

| BILL NUMBER | BILL DATE | CHARGE AMT | PAID AMT | AMT DUE | PPD COL | SVC TYPE | P.O. |
|---|---|---|---|---|---|---|---|
| 093-001516 | 07/03/08 | 160.31 | 0.00 | 160.31 | C | SG | 960-0620-953 |
| 340-404156 | 07/07/08 | 140.46 | 0.00 | 140.46 | P | SG | 200806300234 |
| 093-647529 | 07/08/08 | 225.46 | 0.00 | 225.46 | P | SG | 7865468 |
| 093-647530 | 07/08/08 | 107.85 | 0.00 | 107.85 | P | SG | 12865468 |
| 093-647531 | 07/08/08 | 185.41 | 0.00 | 185.41 | P | SG | 8865468 |
| 093-647532 | 07/08/08 | 107.85 | 0.00 | 107.85 | P | SG | 6865468 |
| 066-482183 | 07/09/08 | 257.40 | 0.00 | 257.40 | P | SG | N/A |
| 066-482186 | 07/10/08 | 251.30 | 0.00 | 251.30 | P | SG | 2758218 |
| 066-507904 | 07/10/08 | 409.70 | 0.00 | 409.70 | P | SG | 680066 |
| 340-494643 | 07/11/08 | 262.47 | 0.00 | 262.47 | P | SG | P88374 |
| 066-482193 | 07/14/08 | 354.82 | 0.00 | 354.82 | P | SG | 56719 |
| 066-482197 | 07/15/08 | 235.97 | 0.00 | 235.97 | P | SG | 336878-01 |
| 066-482198 | 07/15/08 | 196.89 | 0.00 | 196.89 | P | SG | 181558 |
| 093-004654 | 07/15/08 | 428.48 | 0.00 | 428.48 | P | SG | 42931 |
| 093-004655 | 07/15/08 | 198.04 | 0.00 | 198.04 | P | SG | 11867883 |
| 093-004656 | 07/15/08 | 154.51 | 0.00 | 154.51 | P | SG | 10867883 |
| 066-490437 | 07/16/08 | 138.79 | 0.00 | 138.79 | P | SG | 824565 |
| 340-494562 | 07/16/08 | 326.07 | 0.00 | 326.07 | P | SG | 39170 |
| 340-494481 | 07/18/08 | 266.78 | 0.00 | 266.78 | P | SG | 17067962 |
| 093-004435 | 07/22/08 | 161.71 | 0.00 | 161.71 | P | SG | 960-0716-163 |
| 093-004436 | 07/22/08 | 108.79 | 0.00 | 108.79 | P | SG | 960-0712-260 |
| 066-394781 | 07/23/08 | 332.44 | 0.00 | 332.44 | P | SG | 680066 |
| 340-387928 | 07/25/08 | 1,747.19 | 0.00 | 1,747.19 | P | SG | 6421026 |
| 066-513406 | 07/28/08 | 240.37 | 0.00 | 240.37 | P | SG | NONE |
| 093-004330 | 07/28/08 | 226.61 | 0.00 | 226.61 | P | SG | 7873377 |
| 093-004331 | 07/28/08 | 186.36 | 0.00 | 186.36 | P | SG | 8873377 |
| 340-387933 | 07/28/08 | 337.70 | 0.00 | 337.70 | P | SG | L023940 |
| 340-387857 | 07/30/08 | 243.63 | 0.00 | 243.63 | P | SG | 803371 |
| 066-000398 | 07/31/08 | 1,559.45 | 0.00 | 1,559.45 | P | SG | 680066 |
| 066-394794 | 08/04/08 | 421.05 | 0.00 | 421.05 | P | SG | 27742348 |
| 066-394796 | 08/04/08 | 4,870.44 | 0.00 | 4,870.44 | P | SG | ELIAS |
| 066-394797 | 08/04/08 | 471.89 | 0.00 | 471.89 | P | SG | 62905 |
| 093-011620 | 08/05/08 | 226.59 | 0.00 | 226.59 | P | SG | 8875818 |
| 340-428754 | 08/05/08 | 172.03 | 0.00 | 172.03 | P | SG | 7592-22 |
| 340-428755 | 08/05/08 | 462.16 | 0.00 | 462.16 | P | SG | 80729 |
| 340-387473 | 08/06/08 | 246.13 | 0.00 | 246.13 | P | SG | 41444 |
| 066-513493 | 08/07/08 | 262.61 | 0.00 | 262.61 | P | SG | 455030 |
| 093-011638 | 08/08/08 | 136.75 | 0.00 | 136.75 | P | SG | 960-0730-615 |
| 340-453850 | 08/08/08 | 422.88 | 0.00 | 422.88 | P | SG | 0-20080806 |
| 093-011650 | 08/12/08 | 266.74 | 0.00 | 266.74 | P | SG | 3878273 |
| 340-469572 | 08/12/08 | 422.17 | 0.00 | 422.17 | P | SG | 19885213 |
| 340-469573 | 08/12/08 | 139.03 | 0.00 | 139.03 | P | SG | 20080721065 |
| 066-394484 | 08/13/08 | 199.01 | 0.00 | 199.01 | P | SG | 15761902 |
| 066-394485 | 08/13/08 | 132.14 | 0.00 | 132.14 | P | SG | 6062600 |
| 340-458273 | 08/13/08 | 345.89 | 0.00 | 345.89 | P | SG | 806841 |
| 066-394496 | 08/15/08 | 395.51 | 0.00 | 395.51 | P | SG | 27855748 |
| 340-427189 | 08/18/08 | 249.24 | 0.00 | 249.24 | P | SG | 4510 |
| 340-427190 | 08/18/08 | 416.53 | 0.00 | 416.53 | P | SG | 200808120125594 |
| 066-394861 | 08/20/08 | 247.71 | 0.00 | 247.71 | P | SG | 183136 |
| 093-014427 | 08/20/08 | 244.55 | 0.00 | 244.55 | P | SG | 11881098 |

Miss Meringue                          CMF # 277010101
Statement of Account as of 08-06-09

| BILL NUMBER | BILL DATE | CHARGE AMT | PAID AMT | AMT DUE | PPD COL | SVC TYPE | PO |
|---|---|---|---|---|---|---|---|
| 093-014429 | 08/20/08 | 148.69 | 0.00 | 148.69 | P | SG | 10881098 |
| 093-014430 | 08/20/08 | 437.32 | 0.00 | 437.32 | P | SG | 59045 |
| 093-014431 | 08/20/08 | 317.18 | 0.00 | 317.18 | P | SG | 18881098 |
| 093-014432 | 08/20/08 | 114.36 | 0.00 | 114.36 | P | SG | 6881098 |
| 093-014433 | 08/20/08 | 104.39 | 0.00 | 104.39 | P | SG | 12881098 |
| 093-014434 | 08/20/08 | 218.24 | 0.00 | 218.24 | P | SG | 7881098 |
| 340-427208 | 08/20/08 | 421.90 | 0.00 | 421.90 | P | SG | 808678 |
| 340-427209 | 08/20/08 | 829.03 | 0.00 | 829.03 | P | SG | NONE |
| 066-394870 | 08/22/08 | 332.53 | 0.00 | 332.53 | P | SG | 27920548 |
| 093-011257 | 08/22/08 | 191.30 | 0.00 | 191.30 | P | SG | 960-0812-610 |
| 340-000767 | 08/25/08 | 212.90 | 0.00 | 212.90 | C | SG | 19885213 |
| 066-517712 | 08/26/08 | 456.99 | 0.00 | 456.99 | P | SG | 69491 |
| 066-518652 | 08/28/08 | 352.57 | 0.00 | 352.57 | P | SG | 456036 |
| 093-020826 | 08/29/08 | 1,396.51 | 0.00 | 1,396.51 | P | SG | 15772 |
| 340-420326 | 09/02/08 | 272.64 | 0.00 | 272.64 | P | SG | P89257 |
| 093-020839 | 09/03/08 | 133.76 | 0.00 | 133.76 | P | SG | 960-0821-107 |
| 066-517717 | 09/04/08 | 103.76 | 0.00 | 103.76 | P | SG | 6174700 |
| 066-517718 | 09/04/08 | 103.76 | 0.00 | 103.76 | P | SG | 824811 |
| 066-539338 | 09/05/08 | 366.01 | 0.00 | 366.01 | P | SG | 562784 |
| 340-414252 | 09/05/08 | 802.15 | 0.00 | 802.15 | P | SG | 75442 |
| 066-517725 | 09/08/08 | 518.23 | 0.00 | 518.23 | P | SG | 123263 |
| 066-539335 | 09/08/08 | 463.06 | 0.00 | 463.06 | P | SG | 409733 |
| 066-539337 | 09/08/08 | 158.31 | 0.00 | 158.31 | P | SG | 123264 |
| 066-539401 | 09/08/08 | 510.61 | 0.00 | 510.61 | P | SG | 409735 |
| 066-539346 | 09/09/08 | 206.05 | 0.00 | 206.05 | P | SG | 15912402 |
| 340-414270 | 09/09/08 | 322.91 | 0.00 | 322.91 | P | SG | 46877 |
| 093-020808 | 09/10/08 | 103.21 | 0.00 | 103.21 | P | SG | 12888647 |
| 093-020809 | 09/10/08 | 175.04 | 0.00 | 175.04 | P | SG | 3888647 |
| 093-020810 | 09/10/08 | 252.08 | 0.00 | 252.08 | P | SG | 1888647 |
| 093-020811 | 09/10/08 | 103.21 | 0.00 | 103.21 | P | SG | 6888647 |
| 093-020812 | 09/10/08 | 103.21 | 0.00 | 103.21 | P | SG | 9888647 |
| 340-548480 | 09/10/08 | 221.87 | 0.00 | 221.87 | P | SG | 11219 |
| 066-540153 | 09/11/08 | 379.17 | 0.00 | 379.17 | P | SG | ALEXYS01 |
| 066-540244 | 09/11/08 | 1,022.65 | 0.00 | 1,022.65 | P | SG | 457884 |
| 066-540245 | 09/11/08 | 404.13 | 0.00 | 404.13 | P | SG | 28069548 |
| 066-539348 | 09/12/08 | 271.47 | 0.00 | 271.47 | P | SG | 494791 |
| 340-428061 | 09/12/08 | 433.19 | 0.00 | 433.19 | P | SG | 21137230 |
| 340-428062 | 09/12/08 | 134.42 | 0.00 | 134.42 | P | SG | 200808190126 |
| 066-539349 | 09/15/08 | 389.82 | 0.00 | 389.82 | P | SG | W028397 |
| 066-539350 | 09/15/08 | 399.07 | 0.00 | 399.07 | P | SG | 920462 |
| 066-540002 | 09/15/08 | 1,374.08 | 0.00 | 1,374.08 | P | SG | 818602 |
| 093-020377 | 09/15/08 | 456.81 | 0.00 | 456.81 | P | SG | 398600 |
| 066-540080 | 09/16/08 | 697.22 | 0.00 | 697.22 | P | SG | 818281 |
| 340-428067 | 09/16/08 | 184.62 | 0.00 | 184.62 | P | SG | 9726-22 |
| 093-020130 | 09/17/08 | 112.81 | 0.00 | 112.81 | P | SG | 6891193 |
| 093-020131 | 09/17/08 | 679.64 | 0.00 | 679.64 | P | SG | 15601123 |
| 340-583527 | 09/17/08 | 254.29 | 0.00 | 254.29 | P | SG | P89491 |
| 066-540015 | 09/18/08 | 681.97 | 0.00 | 681.97 | P | SG | 342452-01 |
| 340-548558 | 09/18/08 | 1,640.36 | 0.00 | 1,640.36 | P | SG | 63523 |
| 066-539626 | 09/19/08 | 386.48 | 0.00 | 386.48 | P | SG | W028620 |

Miss Meringue  CMF # 277010101
Statement of Account as of 08-06-09

| BILL NUMBER | BILL DATE | CHARGE AMT | PAID AMT | AMT DUE | PPD COL | SVC TYPE | PO |
|---|---|---|---|---|---|---|---|
| 340-583458 | 09/19/08 | 261.60 | 0.00 | 261.60 | P | SG | L025019 |
| 340-583464 | 09/22/08 | 246.66 | 0.00 | 246.66 | P | SG | 204509 |
| 066-539708 | 09/24/08 | 354.90 | 0.00 | 354.90 | P | SG | 28187748 |
| 093-654319 | 09/24/08 | 463.26 | 0.00 | 463.26 | P | SG | 460195 |
| 340-583384 | 09/24/08 | 294.72 | 0.00 | 294.72 | P | SG | P89623 |
| 340-583385 | 09/24/08 | 133.40 | 0.00 | 133.40 | P | SG | 200809230184 |
| 340-583386 | 09/24/08 | 342.09 | 0.00 | 342.09 | P | SG | 17642 |
| 340-583395 | 09/25/08 | 246.78 | 0.00 | 246.78 | P | SG | 211681 |
| 340-582880 | 09/26/08 | 289.37 | 0.00 | 289.37 | P | SG | 0-20080923 |
| 066-539713 | 09/29/08 | 124.53 | 0.00 | 124.53 | P | SG | 6326400 |
| 093-019478 | 09/29/08 | 186.99 | 0.00 | 186.99 | P | SG | 11897125 |
| 093-019479 | 09/29/08 | 205.98 | 0.00 | 205.98 | P | SG | 10897125 |
| 093-019480 | 09/29/08 | 173.61 | 0.00 | 173.61 | P | SG | 8897125 |
| 093-019481 | 09/29/08 | 173.42 | 0.00 | 173.42 | P | SG | 7897125 |
| 093-019482 | 09/29/08 | 102.43 | 0.00 | 102.43 | P | SG | 6897125 |
| 093-019483 | 09/29/08 | 241.15 | 0.00 | 241.15 | P | SG | 4897125 |
| 093-019484 | 09/29/08 | 173.71 | 0.00 | 173.71 | P | SG | 3897125 |
| 066-500005 | 09/30/08 | 178.07 | 0.00 | 178.07 | P | SG | 185031 |
| 340-582810 | 09/30/08 | 415.81 | 0.00 | 415.81 | P | SG | 41687 |
| 066-500007 | 10/01/08 | 565.28 | 0.00 | 565.28 | P | SG | 126152 |
| 066-500008 | 10/01/08 | 896.31 | 0.00 | 896.31 | P | SG | 811036 |
| 066-500010 | 10/01/08 | 246.17 | 0.00 | 246.17 | P | SG | 126151 |
| 066-500201 | 10/01/08 | 180.72 | 0.00 | 180.72 | P | SG | 126158 |
| 093-019495 | 10/01/08 | 185.87 | 0.00 | 185.87 | P | SG | 623561 |
| 066-500203 | 10/02/08 | 302.18 | 0.00 | 302.18 | P | SG | 28246348 |
| 093-018426 | 10/02/08 | 254.96 | 0.00 | 254.96 | P | SG | 15988602 |
| 340-582814 | 10/02/08 | 668.55 | 0.00 | 668.55 | P | SG | 28246348 |
| 340-000608 | 10/03/08 | 799.17 | 0.00 | 799.17 | P | SG | 28246348 |
| 340-472813 | 10/03/08 | 312.96 | 0.00 | 312.96 | P | SG | 200809180088248 |
| 340-582652 | 10/03/08 | 185.92 | 0.00 | 185.92 | P | SG | 32997 |
| 066-500132 | 10/06/08 | 1,605.38 | 0.00 | 1,605.38 | P | SG | ELIAS |
| 066-540827 | 10/06/08 | 485.39 | 0.00 | 485.39 | P | SG | 922556 |
| 093-019408 | 10/06/08 | 907.34 | 0.00 | 907.34 | P | SG | V166802 |
| 066-540831 | 10/07/08 | 152.69 | 0.00 | 152.69 | P | SG | 3922919 |
| 066-540833 | 10/07/08 | 448.39 | 0.00 | 448.39 | P | SG | 82493 |
| 066-522274 | 10/08/08 | 431.87 | 0.00 | 431.87 | P | SG | 557351 |
| 340-415649 | 10/08/08 | 1,761.73 | 0.00 | 1,761.73 | P | SG | 603137 |
| 340-415650 | 10/08/08 | 224.25 | 0.00 | 224.25 | P | SG | 196281 |
| 066-522030 | 10/09/08 | 466.64 | 0.00 | 466.64 | P | SG | 403582 |
| 066-522031 | 10/09/08 | 393.00 | 0.00 | 393.00 | P | SG | 403588 |
| 066-522115 | 10/10/08 | 131.80 | 0.00 | 131.80 | P | SG | 6393300 |
| 340-582428 | 10/10/08 | 162.51 | 0.00 | 162.51 | P | SG | 200810080056 |
| 340-583201 | 10/13/08 | 303.28 | 0.00 | 303.28 | P | SG | P89919 |
| 340-583202 | 10/13/08 | 361.90 | 0.00 | 361.90 | P | SG | 20338236 |
| 340-583203 | 10/13/08 | 1,391.17 | 0.00 | 1,391.17 | P | SG | 63874 |
| 340-583204 | 10/13/08 | 1,026.43 | 0.00 | 1,026.43 | P | SG | 17034 |
| 066-522273 | 10/14/08 | 267.75 | 0.00 | 267.75 | P | SG | 490206 |
| 340-000660 | 10/14/08 | 207.12 | 0.00 | 207.12 | C | SG | 211681 |
| 340-582438 | 10/14/08 | 312.50 | 0.00 | 312.50 | P | SG | 2039 |
| 066-500157 | 10/15/08 | 293.40 | 0.00 | 293.40 | P | SG | 28363948 |

Miss Meringue    CMF # 277010101
Statement of Account as of 08-06-09

| BILL NUMBER | BILL DATE | CHARGE AMT | PAID AMT | AMT DUE | PPD COL | SVC TYPE | PO |
|---|---|---|---|---|---|---|---|
| 340-562651 | 10/15/08 | 246.74 | 0.00 | 246.74 | P | SG | 42241 |
| 340-562652 | 10/15/08 | 150.74 | 0.00 | 150.74 | P | SG | 2429-22 |
| 066-520026 | 10/20/08 | 784.13 | 0.00 | 784.13 | P | SG | 818614 |
| 340-562953 | 10/20/08 | 330.09 | 0.00 | 330.09 | P | SG | 17866 |
| 066-520665 | 10/21/08 | 236.07 | 0.00 | 236.07 | P | SG | 16139002 |
| 066-520879 | 10/22/08 | 128.74 | 0.00 | 128.74 | P | SG | 6430100 |
| 093-016582 | 10/22/08 | 106.27 | 0.00 | 106.27 | P | SG | N/A |
| 093-016583 | 10/22/08 | 138.38 | 0.00 | 138.38 | P | SG | 6009283 |
| 093-016584 | 10/22/08 | 98.74 | 0.00 | 98.74 | P | SG | 12009283 |
| 093-016585 | 10/22/08 | 246.72 | 0.00 | 246.72 | P | SG | 3009283 |
| 093-016586 | 10/22/08 | 204.11 | 0.00 | 204.11 | P | SG | 10009283 |
| 340-572679 | 10/22/08 | 225.86 | 0.00 | 225.86 | P | SG | O-2008101400116556 |
| 066-520888 | 10/24/08 | 105.83 | 0.00 | 105.83 | P | SG | 6471400 |
| 093-020254 | 10/24/08 | 332.60 | 0.00 | 332.60 | P | SG | 42490 |
| 093-017420 | 10/28/08 | 307.46 | 0.00 | 307.46 | P | SG | 1012817 |
| 093-017421 | 10/28/08 | 213.97 | 0.00 | 213.97 | P | SG | 8012817 |
| 093-017422 | 10/28/08 | 187.52 | 0.00 | 187.52 | P | SG | 7012817 |
| 093-017423 | 10/28/08 | 180.25 | 0.00 | 180.25 | P | SG | 11012817 |
| 340-581232 | 10/28/08 | 939.80 | 0.00 | 939.80 | P | SG | 85171 |
| 340-581233 | 10/28/08 | 1,185.73 | 0.00 | 1,185.73 | P | SG | 64247 |
| 340-581234 | 10/28/08 | 320.32 | 0.00 | 320.32 | P | SG | P90259 |
| 340-581235 | 10/28/08 | 311.59 | 0.00 | 311.59 | P | SG | 34613 |
| 066-520047 | 10/29/08 | 458.84 | 0.00 | 458.84 | P | SG | 82555 |
| 340-572763 | 10/29/08 | 202.26 | 0.00 | 202.26 | P | SG | 102908 |
| 340-572764 | 10/29/08 | 621.29 | 0.00 | 621.29 | P | SG | 81024 |
| 066-565341 | 11/03/08 | 271.67 | 0.00 | 271.67 | P | SG | 464640 |
| 066-544280 | 11/04/08 | 173.38 | 0.00 | 173.38 | P | SG | 378008-1 |
| 340-582443 | 11/04/08 | 126.55 | 0.00 | 126.55 | P | SG | 200810310221 |
| 340-582444 | 11/04/08 | 358.49 | 0.00 | 358.49 | P | SG | 20586195 |
| 340-582445 | 11/04/08 | 229.40 | 0.00 | 229.40 | P | SG | 4647 |
| 093-025264 | 11/05/08 | 197.24 | 0.00 | 197.24 | P | SG | 10400962 |
| 093-025265 | 11/05/08 | 161.45 | 0.00 | 161.45 | P | SG | 8400962 |
| 340-562738 | 11/05/08 | 378.69 | 0.00 | 378.69 | P | SG | 200811030129094 |
| 066-553479 | 11/06/08 | 311.24 | 0.00 | 311.24 | P | SG | 28561748 |
| 340-581740 | 11/10/08 | 165.16 | 0.00 | 165.16 | P | SG | 42403 |
| 093-026030 | 11/14/08 | 94.50 | 0.00 | 94.50 | P | SG | 12403477 |
| 340-053455 | 11/17/08 | 329.83 | 175.53 | 154.30 | P | SG | L026217 |
| 093-018927 | 11/26/08 | 92.30 | 0.00 | 92.30 | P | SG | 12409188 |
| 093-016159 | 12/04/08 | 170.32 | 0.00 | 170.32 | P | SG | 18411885 |
| 093-016160 | 12/04/08 | 201.39 | 0.00 | 201.39 | P | SG | 8411885 |
| 093-016161 | 12/04/08 | 170.78 | 0.00 | 170.78 | P | SG | 11411885 |
| 093-016162 | 12/04/08 | 192.13 | 0.00 | 192.13 | P | SG | 7411885 |
| 093-016163 | 12/04/08 | 91.90 | 0.00 | 91.90 | P | SG | 6411885 |
| 093-016164 | 12/04/08 | 223.66 | 0.00 | 223.66 | P | SG | 1411885 |
| 093-016165 | 12/04/08 | 165.78 | 0.00 | 165.78 | P | SG | 3411885 |
| 093-019192 | 12/10/08 | 119.75 | 0.00 | 119.75 | C | SG | 12414160 |
| 093-019193 | 12/10/08 | 158.54 | 0.00 | 158.54 | C | SG | 9414160 |
| 093-019194 | 12/10/08 | 258.37 | 0.00 | 258.37 | C | SG | 8414160 |
| 093-019195 | 12/10/08 | 162.69 | 0.00 | 162.69 | P | SG | 6414160 |
| 093-019196 | 12/10/08 | 364.27 | 0.00 | 364.27 | P | SG | 4414160 |

Miss Meringue
Statement of Account as of 08-06-09

CMF # 277010101

| BILL NUMBER | BILL DATE | CHARGE AMT | PAID AMT | AMT DUE | PPD COL | SVC TYPE | PO |
|---|---|---|---|---|---|---|---|
| 066-542840 | 12/12/08 | 91.12 | 0.00 | 91.12 | P | SG | NONE |
| 340-017205 | 12/22/08 | 68.04 | 0.00 | 68.04 | P | SG | 21007900 |
| 093-021894 | 01/16/09 | 198.99 | 0.00 | 198.99 | P | SG | 3425793 |
| 093-021895 | 01/16/09 | 236.00 | 0.00 | 236.00 | P | SG | 1425793 |
| 093-021896 | 01/16/09 | 252.68 | 0.00 | 252.68 | P | SG | 7425793 |
| 093-021897 | 01/16/09 | 225.59 | 0.00 | 225.59 | P | SG | 8425793 |
| 066-555044 | 01/19/09 | 90.32 | 0.00 | 90.32 | P | SG | 685880 |
| 340-111432 | 01/21/09 | 324.97 | 0.00 | 324.97 | P | SG | 21212369 |
| 066-523267 | 02/18/09 | 135.87 | 0.00 | 135.87 | P | SG | 3000940/406826 01 |
| 066-523268 | 02/18/09 | 1,832.65 | 0.00 | 1,832.65 | P | SG | 3000939 |
| Total | | 92,345.60 | 399.74 | 91,945.86 | | | |
| 35% Tariff Fee | | | | 32,181.05 | | | |
| Grand Total | | | | 124,126.91 | | | |