IN THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| YRC, INC., formerly known as YELLOW TRANSPORTATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCE LOGISTIC, INC. d/b/a ALLIANCE 3PL CORP., an Illinois Corporation and JACQUES GOURMET, INC., d/b/a MISS MERINGUE, a California Corporation<br><br>Defendants. | Case No. 10 L 252 |
|---|---|

## NOTICE OF REMOVAL TO FEDERAL COURT

To:

| Parker F. McMahan, Jr.<br>McMahan & Sigunick, Ltd.<br>412 S. Wells Street. 6th Floor<br>Chicago, Illinios 60607 | Alliance Logistics, Inc.,<br>c/o Incorp Services, Inc. (Agent)<br>2501 Chatham Road, Suite 110<br>Springfield, Illinois 62704 |
|---|---|

PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United States District Court for the Northern District of Illinois, Eastern Division, on June 21, 2010, under Federal Case No. 10 CV 3865. A copy of the Notice of Removal is attached to this Notice, and is served and filed herewith.

Dated: June 21, 2010

Respectfully submitted,

_____
John N. Scholnick
Jamal S. Muhammad
SCHIFF HARDIN LLP
233 S. Wacker Dr., Suite 6600
Chicago, Illinois 60606

*Attorneys for Jacques Gourmet, Inc.*


DEFENDANT'S EXHIBIT B

## CERTIFICATE OF SERVICE

Jamal S. Muhammad, an attorney on oath hereby certifies that June 21, 2010, he caused a copy the attached notice and the Notice of Removal to be mailed, first class postage prepaid to:

| Parker F. McMahan, Jr.<br>McMahan & Sigunick, Ltd.<br>412 S. Wells Street. 6th Floor<br>Chicago, Illinios 60607 | Alliance Logistics, Inc.,<br>c/o Incorp Services, Inc. (Agent)<br>2501 Chatham Road, Suite 110<br>Springfield, Illinois 62704 |

Jamal S. Muhammad