**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| YRC, INC., formerly known as YELLOW TRANSPORTATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLIANCE LOGISTIC, INC., d/b/a ALLIANCE 3PL CORP., an Illinois Corporation and JACQUES GOURMET, INC., d/b/a MISS MERINGUE, a California Corporation, <br><br> Defendants. | Case No. 10 CV 3865 |

## NOTICE FILING

TO**:**

| | |
|---|---|
| Parker F. McMahan, Jr. <br> McMahan & Sigunick, Ltd. <br> 412 S. Wells Street. 6th Floor <br> Chicago, Illinios 60607 | Alliance Logistics, Inc., <br> c/o Incorp Services, Inc. (Agent) <br> 2501 Chatham Road, Suite 110 <br> Springfield, Illinois 62704 |

     PLEASE TAKE NOTICE that on Monday, June 28, 2010, we filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, **Jacques Gourmet, Inc.'s Answer to Complaint**, a copy of which is hereby served upon you.

Dated:  June 28, 2010

Respectfully submitted,

/s/ Jamal S. Muhammad
John N. Scholnick
Jamal S. Muhammad
SCHIFF HARDIN LLP
233 S. Wacker Dr., Suite 6600
Chicago, Illinois 60606

*Attorneys for Jacques Gourmet, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

Jamal S. Muhammad, an attorney, hereby certifies that on June 28, 2010, he filed the **Jacques Gourmet, Inc.'s Answer to Complaint** using the Court's ECF system and caused a copy of the same to be mailed, first class postage prepaid to:

| Parker F. McMahan, Jr.<br>McMahan & Sigunick, Ltd.<br>412 S. Wells Street. 6th Floor<br>Chicago, Illinios 60607 | Alliance Logistics, Inc.,<br>c/o Incorp Services, Inc. (Agent)<br>2501 Chatham Road, Suite 110<br>Springfield, Illinois 62704 |
|---|---|

    /s/ Jamal S. Muhammad
    Jamal S. Muhammad